BERTHA M. KATENKAMP (Formerly BERTHA K. HAMMERSCHLAG) v. MARY LOUISE TOWNSEND and Others; WILLIAM E. HUTTON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon the impleaded defendants-appellants, William E. Hutton and others, filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

CHARLES SHANKROFF v. FIORELLO H. LAGUARDIA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE SEITZ ESTATES, INC., v. MEDICO BROTHERS, INC.— Motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 71.] — Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

ANNA MANNIX, as Administratrix, etc., of ANNA MANNIX, Deceased, Appellant, v. FIFTH AVENUE HOSPITAL, Respondent, Impleaded with Another.— Action to recover damages for the death of plaintiff's intestate, as a result of injuries sustained through the negligence of defendant Fifth Avenue Hospital. The complaint was dismissed on the merits at the end of the plaintiff's case. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER, Appellants, v. THE HOME INSURANCE COMPANY, Respondent. HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER, Appellants, v. HARTFORD FIRE INSURANCE COMPANY and ÆTNA INSURANCE COMPANY, Respondents.— Appellant Hessian Hills Country Club, Inc., was insured under policies of fire insurance issued by the defendant companies, covering certain buildings located in Croton, N. Y. Appellant Fischer held a mortgage against those buildings, and the policies provided that the loss, if any, payable thereunder should be paid to said mortgagee as his interest might appear. Suits were brought to recover for fire losses to certain of the buildings covered by the policies and the actions were consolidated. The jury returned a verdict for the defendants. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER, Appellants, v. THE HOME INSURANCE COMPANY, Respondent. HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER, Appellants, v. HARTFORD FIRE INSURANCE COMPANY and ÆTNA INSURANCE COMPANY, Respondents.— Order denying plaintiffs' motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES STEWART, Appellant.— Judgment convicting defendant of the crime of petit larceny unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Glennon, JJ.

FREDERICK WELLINGHAUS, Respondent, v. JEANNETTE K. WELLINGHAUS, Appellant, Impleaded with Others.— This is an appeal from a judgment of foreclosure and sale, awarding to respondent the first payment out of the proceeds of sale, and barring and foreclosing defendant-appellant. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.